Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KRISTINE EDLER, *ET AL.*, | CASE NO. 3:20-CV-00455 |
| Plaintiffs, | JUDGE ZOUHARY |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| LOWE'S HOME CENTERS, LLC, *ET AL.*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant Lowe's Home Centers, LLC, improperly identified in the Complaint as "Lowe's Companies, Inc." and Lowe's HIW, Inc." hereby stipulate that all claims in this matter be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/Pamela A. Borgess
Pamela A. Borgess (0072789)
pborgess@borgesslaw.com
Borgess Law, LLC
6800 West Central Avenue, Suite E
Toledo, OH 43617
Telephone: 567.455.5955
**ATTORNEY FOR PLAINTIFFS**

/s/ Nicholas P. Resetar
Nicholas P. Resetar (0086507)
nresetar@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
**ATTORNEYS FOR DEFENDANT LOWE'S HOME CENTERS, LLC**

14932987 _1 135455.0088